UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-1401

JAMES CHAPMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Attorney's Opposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act.  Upon review of the motion and the file, it is

ORDERED that Plaintiff's Attorney's Opposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act filed November 18, 2005, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  Specifically, it is

ORDERED that the motion is **GRANTED** as to the request for an award of reasonable attorney fees for work performed by Plaintiff's counsel prior to this motion. Defendant shall promptly pay to Plaintiff's counsel reasonable attorney fees, costs and expenses in the amount of $2,156.65 for services on this case, as I find that Defendant's position in this case was not substantially justified as per the findings in the Order entered herein dated September 20, 2005.  It is

FURTHER ORDERED that the motion is **DENIED WITHOUT PREJUDICE** as to the request to pay Plaintiff's counsel reasonable attorney fees, costs and expenses related to the Motion For Award Of Attorney Fees.  The parties shall meet and confer on this issue.  If the parties are unable to agree on the award of such fees or the amount thereof, Plaintiff's counsel may file a new motion within fifteen (15) days of this Order to have this issue determined by the Court.

Dated:  November 22, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge