UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-01401-WYD

JAMES CHAPMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on a pleading entitled "Plaintiff's Attorney's 2nd Opposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed December 7, 2005.  By way of background, by Order dated November 22, 2005, Plaintiff's attorney was awarded $2,156.65 in fees.  That Order directed the parties to meet and confer within fifteen days as to Plaintiff's request for additional fees incurred in connection with his motion for an award of attorney fees.

The current motion for fees indicates that defense counsel did not respond to a telefax from Plaintiff's counsel requesting an agreement on the fees incurred by counsel in connection with the motion for fees.  Plaintiff's motion requests an additional $231.38 for work related to that motion.  I note that Defendant did not file a response or opposition to Plaintiff's motion.

The Court, having carefully considered the motion and being fully advised in the premises,

ORDERS that Plaintiff's Attorney's 2nd Opposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act filed December 7, 2005 is **GRANTED**.  In accordance therewith, it is

ORDERED that Defendant shall promptly pay $231.38 to Plaintiff's counsel Bruce C. Bernstein, P.C.

Dated:  February 28, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge